Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X CASE NO: 19-cv-3489 (LJL)
JAHUMI HARRIGAN,,

            PLAINTIFF,                                  PLAINTIFF SECOND AMENDED
                                                        COMPLAINT (per May 20, 2020
                                                        (Order of The Honorable Lewis
                                                        J. Litman, Judge, Document #65,
                                                        providing Plaintiff with leave to file
                                                        amended complaint within 30 days of
                                                        5-20-20 ruling dismissing first
                                                        amended complaint)

                                                        (Plaintiff demands a trial by jury
                                                        of all issues herein)

THE CITY OF NEW YORK; POLICE OFFICER
DARNELL JONES; DETECTIVE FRANKIE
SOLER; AND SERGEANT JOSE PEREZ,

           DEFENDANTS.
-----------------------------------------------------------------X

       The plaintiff, by and through his attorney Gary S. Fish, Esq., in response to

Document #65, of which the Court shall take judicial notice, sets forth the following

As his Second Amended Complaint.

                                    I. PARTIES AND JURISDICTION

1. On or about April 23 2016, and at all times relevant herein, the plaintiff, an African-American Male, resided and resides at 230 West 131st Street, #7E, NY, NY 10027.

2. On or about April 23, 2016. and at all times relevant herein, on information and belief,