```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JAHUMI HARRIGAN,                                                 :
                                                                 :
                          Plaintiff,                             :
                                                                 :         19-cv-3489 (LJL)
            -v-                                                  :
                                                                 :         ORDER
THE CITY OF NEW YORK, et al.,                                    :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Plaintiff Jahumi Harrigan is hereby ORDERED, by **June 3, 2022**, to file a letter on the docket explaining why this case should not be dismissed for failure to prosecute or for failure to state a claim in response to Defendant's motion to dismiss. Dkt. No. 80. Plaintiff is hereby notified that failure to respond may result in dismissal. *See Lewis v. Rawson*, 564 F.3d 569, 576 (2d Cir. 2009).

     Plaintiff is advised that there is a legal clinic in this district that provides assistance, free of charge, to people who are parties in civil cases and do not have lawyers. The clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court. An unrepresented party can contact NYLAG via https://nylag.org/gethelp/ or by calling (212) 659-6190.

     The Clerk of Court is directed to lift the stay which was granted on July 2, 2020, Dkt. No. 73, in response to Plaintiff's request for a stay of litigation for thirty (30) days so that Plaintiff could obtain other counsel, Dkt. No. 70.

     The Clerk of Court is also respectfully directed to mail a copy of this Order to the pro se Plaintiff.

     SO ORDERED.

Dated: April 4, 2022  
       New York, New York  
                                                     LEWIS J. LIMAN  
                                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 04/04/2022